May it please the court, your honors, counsel. My name is Nova Jansen and I'm very pleased to represent the appellant in this case today, Elizabeth Lopez. I'd like to reserve three minutes of my time for rebuttal. Lopez was convicted by a jury following a two-day jury trial in May of 2016. In particular, she was convicted of possessing methamphetamine with intent to distribute and a conspiracy to distribute methamphetamine. Now, just by way of a very, very brief factual background, Lopez didn't come to the attention of law enforcement until the arrest of an individual named Josh Navrakol. And Navrakol had been under investigation for a while. Law enforcement executed several warrants, found numerous ounces of methamphetamine, firearms, guns, the whole nine yards. During an interrogation with Navrakol, law enforcement asked him to dial for dope. And Navrakol pulled out of his phone a phone number for someone that he called Omaha Mexican lady, which turned out to be Elizabeth Lopez. And he called her. But an important thing about this call is that while Lopez answered the phone, she handed it off to another individual. And this other individual was nicknamed Bisho. And this was about a 15 second phone call, no specific references to drugs or to money. In fact, it's kind of questionable whether there was even any sort of drug jargon in use here. The entire conversation was, are you coming? Are you ready? Yes, I'll be there shortly. That was, that was it. So a few hours later, law enforcement had arranged in light of this information for they term a by-bust. Lopez and Bisho arrived in Sioux City and law enforcement kind of ensuring they termed it a by-bust, but they didn't actually allow a